# MEMORANDUM

**DATE**: November 14, 2011

**TO**: File 10-cv-02178-RPM

**FROM**: Senior Judge Matsch

**CASE NAME**: Gonzales v. Astrue

Plaintiff may proceed in forma pauperis on appeal.

```
Yes - Richard P. Matsch
```